# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ERIC BROWNLEE,** )<br>)<br>**Plaintiff,** )<br>) | **CIVIL ACTION NUMBER:** |
| **v.** )<br>) | **1:16-cv-00114-WS-M** |
| **THE FRESH MARKET, INC.,** )<br>)<br>**Defendant.** ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, Defendant The Fresh Market, Inc. makes the following disclosures:

The Fresh Market, Inc. is a specialty grocer. The Fresh Market, Inc. is a publicly-traded Delaware corporation (NASDAQ symbol: TFM), and no public company owns 10% or more of its stock.

Respectfully submitted,

/s/ M. Tae Phillips
M. Tae Phillips (ASB-6565-W74P)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
420 20th Street North, Suite 1900
Birmingham, AL 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
tae.phillips@ogletreedeakins.com

*Attorney for Defendant*
*The Fresh Market, Inc.*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the 17th day of May, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the following:

Abby M. Richardson
RICHARDSON LAW FIRM, LLC
118 North Royal Street, Suite 100
Mobile, AL 36602

           /s/ M. Tae Phillips
           Of Counsel