# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ERIC BROWNLEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 1:16-cv-00114-WS-M |
| THE FRESH MARKET, INC., ) | |
| ) | |
| Defendant. ) | |

## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, Defendant The Fresh Market, Inc. makes the following disclosures:

The Fresh Market, Inc. is a specialty grocer. The Fresh Market, Inc. is a Delaware corporation, and is a wholly-owned subsidiary of Apollo Global Management, LLC. Apollo Global Management, LLC is a Delaware limited liability company, which is publicly traded on the New York Stock Exchange (symbol: APO).

                                              Respectfully submitted,

                                              /s/ M. Tae Phillips
                                              M. Tae Phillips (ASB-6565-W74P)

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
420 20th Street North, Suite 1900
Birmingham, AL 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
tae.phillips@ogletreedeakins.com

*Attorney for Defendant*
*The Fresh Market, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of May, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the following:

Abby M. Richardson
RICHARDSON LAW FIRM, LLC
118 North Royal Street, Suite 100
Mobile, AL 36602

                          /s/ M. Tae Phillips
                          Of Counsel